UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

APRIL DEARDEN,

                        Plaintiff,          Civ. Action No.:15-CV-07628

   -against-                    **NOTICE OF APPEARANCE**

GLAXOSMITHKLINE LLC., d/b/a GSK,
GLAXOSMITHKLINE CONSUMER
HEALTHCARE HOLDINGS (US) LLC.,
d/b/a GSK,

                        Defendants.
_____

TO CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of Laura R. Reznick, Esq., of Frank & Associates, P.C., as attorney for Plaintiff, April Dearden, in the above-captioned action.

                        Laura R. Reznick, Esq.
                        500 Bi-County Blvd., Suite 465
                        Farmingdale, New York 11735

Dated: Farmingdale, New York
       November 12, 2015

                        *Respectfully submitted*,

                        **FRANK & ASSOCIATES, P.C.**

          By:     _____/s/_____
                        Laura R. Reznick, Esq.
                        500 Bi-County Blvd., Suite 465
                        Farmingdale, New York 11735
                        (631) 756-0400
                        (631) 756-0547 *fax*
                        Lreznick@laborlaws.com

                        *Attorney for Plaintiff*